# UNITED STATES DISTRICT COURT
## District of Maine

| | | |
|---|---|---|
| SARA A. CLARKE, | ) | |
| | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | No. 2:13-cv-377-GZS |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner, Social Security, | ) | |
| | ) | |
|     Defendant | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 13, 2015, his Recommended Decision (ECF No. 40). Plaintiff filed her Objection to the Recommended Decision (ECF No. 43) on February 26, 2015. Plaintiff filed her Memorandum in Support of her Objection to the Recommended Decision (ECF No. 44) on March 2, 2015. Defendant filed a Response to Plaintiff's Objection to the Recommended Decision (ECF No. 45) on March 5, 2015.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that Defendant's Motion to Strike (ECF No. 24) Plaintiff's Motions to Remand (ECF Nos. 21, 22, & 23) is **GRANTED**.

3. It is **ORDERED** that Plaintiff's Second Motion to Augment the Record (ECF No. 20) is **DENIED**.

4. It is **ORDERED** the Commissioner's Decision is **AFFIRMED**.

/s/George Z. Singal_____
U.S. District Judge

Dated this 17th day of March, 2015.